UNITED STATES of America, Plaintiff–Appellee,

v.

**Norman Tyrone DAIS, Defendant–Appellant.**

No. 12–7462.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 16, 2012.

Norman Tyrone Dais, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

---

* Although the magistrate judge issued a report and recommendation that the complaint be

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Tyrone Dais appeals the district court's text order denying his motion for a statement of reasons. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*